IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL MORAN | Criminal No. 2:19cr61 |

**MOTION FOR FINAL ORDER OF FORFEITURE**

AND NOW comes the United States of America, by and through its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, by delegation, and Jill L. Locnikar, Assistant United States Attorney for the Western District of Pennsylvania, and respectfully represents as follows:

1. By Order of the Court, all right, title, and interest of Michael Moran in the following property, delineated by asset identification number 19-FBI-002818, were forfeited to the United States (the "Subject Property"):

   a. a Dell All-in-One computer, Service Tag 91PS9R1;

   b. a Gateway laptop, Serial Number 84407723125;

   c. a Seagate hard drive, Serial Number NA9L4HHS;

   d. a Dell Dimension desktop 4700, Service Tag F8CF461;

   e. an HP desktop, Serial Number 8CC8050CQX; and

   f. a generic white desktop with AMD sticker, Serial Number LP13700067.

2. The United States subsequently began ancillary forfeiture proceedings and provided notice of the forfeiture of the Subject Property so that third party interests could be adjudicated.

3. The United States advertised notice of this forfeiture proceeding via the government's forfeiture website. The United States filed a Declaration of Publication detailing the notice, the website, and dates of advertising.

4. No claims have been filed regarding the Subject Property, and the time to file claims has expired.

5. Accordingly, the United States is entitled to forfeiture of the Subject Property free and clear of all right, title, and interest of any person or entity, including, without limitation, Michael Moran.

WHEREFORE, the United States respectfully requests that this Honorable Court enter a final Order forfeiting the Subject Property to the United States free and clear of all right, title, and interest of any person or entity, pursuant to 18 U.S.C. § 2253(a)(3), including, without limitation, Michael Moran.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*/s/ Jill L. Locnikar*

JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the United States' Motion for Final Order of Forfeiture has been served through the electronic filing system this 30th day of July, 2026, upon the following:

Andrew Lipson, AFPD
Andrew_Lipson@fd.org

*/s/ Jill L. Locnikar*

JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412)894-7429
(412)644-6995 (fax)
jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)